# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HEWITT,<br><br>  Plaintiff,<br><br>  v.<br><br>BOARD OF PAROLE HEARINGS, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00501-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 17] |

Plaintiff Michael Hewitt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2019, the Magistrate Judge issued Findings and Recommendations recommending that this action be dismissed for failure to state a cognizable claim for relief. (ECF No. 17.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within twenty-one days. (Id.) No objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 25, 2019 (ECF No. 17) are adopted in full;
2. The instant action is dismissed for failure to state a cognizable claim for relief; and
3. The Clerk of Court is directed to enter judgment and CLOSE this case.

IT IS SO ORDERED.

Dated: December 13, 2019

_____
SENIOR DISTRICT JUDGE